UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>v.<br><br>SERGIO LOPEZ-MORALES (7),<br><br>                                      Defendant. | Case No.:  19CR4749-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8). Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **January 8, 2021**; the hearing is **CONTINUED** to **Friday, February 12, 2021** at **9:00 a.m.**

IT IS SO ORDERED.

Dated:  January 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge